IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RICHARD HURST, JAMES HOLLAND,                )
MARY LITTRELL, TIMOTHY KRUCINA,              )
MARK REID, DAVID FERRIS, RORY HILL,          )
AMY EARLY, TONY RUGGLES and JERRY            )
SOSBE,                                       )
                                             )
      Plaintiffs,                           )
                                             )
v.                                           )          Case No. 2:09cv060
                                             )
THE TOWN OF MERRILLVILLE, INDIANA,           )
                                             )
      Defendant.                            )
                                             )

### AFFIDAVIT OF LLOYD P. MULLEN

      Lloyd P. Mullen under pains and penalties for perjury submits herewith the following affidavit in support of the claim of the Plaintiffs for attorney's fees and expenses:

      1.    I have personal knowledge of the facts set for the in this Affidavit and I am competent to testify about those facts.

      2.    I am a sole practitioner, doing business as, Mullen and Associates, P.C., in Lake County Indiana.

      3.    I am counsel for the Plaintiffs, Richard Hurst, James Holland, Mary Littrell, Timothy Krucina, Mark Reid, David Ferris, Rory Hill, Amy Early, Tony Ruggles and Jerry Sosbe, in the above captioned matter.

      4.    Attached hereto as Exhibit A-J is a copy of the Fee Agreement between Plaintiffs and Mullen and Associates, P.C.



EXHIBIT

5. My current standard hourly rate for Fair Labor Standards Act and other Wage and Hour matters is $250.00 per hour.  I charge $55.00 per hour for my paralegals.

6. Attached hereto as Exhibit K is an itemization of the time spent by the lawyer and paralegals of Mullen and Associates, P.C. in the representation of Plaintiffs in their unpaid wages claim against the Defendant.

7. The times reflected on Exhibit K and the amounts billed for those times were reasonable and necessary expenditures in the proper representation of the Plaintiffs in this matter.

8. In Exhibit K, LPM is an abbreviation for Lloyd P. Mullen, sole practitioner; JW is an abbreviation for Joshua Wilson, a paralegal employed by Mullen and Associates, P.C., RS is an abbreviation for Rachel Schmitt, a paralegal employed by Mullen and Associates, P.C., and RLS is an abbreviation for Rebecca L. Smith, a paralegal employed by Mullen and Associates, P.C.

9. I am seeking attorney's fees in the amount of $83,914.25 and cost in the amount of $1,387.57 the reasonable amount of fees and expenses for representing the Plaintiffs in bringing this matter to conclusion.

FURTHER AFFIANT SAYETH NOT.

Lloyd P. Mullen

I affirm, under the penalties for perjury, that the foregoing representations are true.

Lloyd P. Mullen

Date Signed:
4/13/2011

**FEE AGREEMENT**
(IN CASES WHER    ATTORNEY FEES MAY BE AWA    ED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_____  Client

Dated: 07-25-08

_____  Client

_____
Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT**

A

## FEE AGREEMENT
## (IN CASES WHER   ATTORNEY FEES MAY BE AWAI   ED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_____
                          Client

Dated: 8/7/08

_____
                          Client

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

EXHIBIT
B

## FEE AGREEMENT
## (IN CASES WHERE ATTORNEY FEES MAY BE AWARDED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1.  **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2.  **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3.  **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4.  **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

X _____
　　　　　　　　　　　　　　 Client

_James L Holland_____
　　　　　　　　　　　　　　 Client

Dated: 7-10-08_____

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT C**

# FEE AGREEMENT
## (IN CASES WHER ATTORNEY FEES MAY BE AWA ED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_____
Client

_____
Dated: 7-30-08

_____ RORY LEE HILL _____
Client

_____
Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT**
D

## FEE AGREEMENT
## (IN CASES WHERE ATTORNEY FEES MAY BE AWARDED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE**: The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES**: Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT**: As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS**: The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

x _Mary Littrell_____
                               Client

_Mary Littrell_____
                               Client

Dated: _7-9-08_____

_____
Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

EXHIBIT

E

## FEE AGREEMENT
### (IN CASES WHERE ATTORNEY FEES MAY BE AWARDED BY THE COURT)

IN THE LEGAL MATTER OF: *Merrillville EMS overtime*

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

David A. Ferris
_____
                                    Client

Dated: 7-16-08

_____
                                    Client

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT**

**F**

## FEE AGREEMENT
## (IN CASES WHERE ATTORNEY FEES MAY BE AWARDED BY THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE**: The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES**: Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT**: As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS**: The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_____ Client

_____ Client

Dated: 7/14/08

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT**

G

## FEE AGREEMENT
### (IN CASES WHERE ATTORNEY FEES MAY BE AWARDED BY THE COURT)

IN THE LEGAL MATTER OF: ___Merrillville EMS___

___OVERTIME___

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE**: The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES**: Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT**: As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS**: The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

___Mark D. Red___
              Client

Dated: ___7/16/08___

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT H**

**FEE AGREEMENT**
(IN CASES WHER~ ~ ORNEY FEES MAY BE AWAF ~ 3Y THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_____ Client

Dated: 8-1-08 _____

_____ Client

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

EXHIBIT
I

## FEE AGREEMENT
### (IN CASES WHER. ↳ ORNEY FEES MAY BE AWAI _E_  3Y THE COURT)

IN THE LEGAL MATTER OF: _____

_____

The client(s) retain(s) the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** as their counsel and the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** agrees to represent the client(s) in this legal matter on the terms and conditions as follows:

1. **FEE:** The client(s) acknowledge that the Attorneys Michael Deppe and Lloyd Mullen's normal hourly rate for matters such as this is $250.00/hour for the attorneys and $125.00 per hour for a paralegal, plus expenses. However, the client(s) do not have the means to pursue or retain the attorneys at their usual hourly rate. Therefore, the fee charged for legal services shall be the greater of the amount of attorney's fees awarded by the court, or 33 1-3% of the total recovery made if recovery occurs before filing of a law suit; or 40% if recovery is made after filing of a law suit.

2. **EXPENSES:** Costs and expenses incurred in prosecuting this legal matter will be paid by the clients whether or not recovery is made. These include but are not limited to such items as: Filing and clerk fees, investigator charges, court reporter, expert or consulting witnesses, medical research or reports, long distance charges, facsimile transmissions, travel expenses, internet charges, postage, copying and/or binding of instruments and records.

3. **PAYMENT:** As the client has insufficient means to pay an hourly rate the fee will be taken on a contingency basis. The fee shall be paid when recovery is made and all other sums shall be paid by the clients in advance, upon request; within thirty (30) days of presentation of statements for those expenses or request therefore, or from the proceeds of the recovery if not paid before, unless other arrangements satisfactorily to the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.** are made in writing.

4. **MISCELLANEOUS:** The fee does not cover attorney's fees for appellate work; fees for collecting a judgment, arranging annuities, trusts or other proceeds management. If those services are rendered, they will be billed to client(s) on an hourly basis determined by the **Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C.**, rates being charged at the time such work becomes necessary.

It is impossible for this office to pursue litigation without client cooperation. I (We) therefore understand that the failure to immediately advise this office of a change in telephone number, address or failure to cooperate in case preparation shall be grounds for the Law Office of Michael L. Deppe, P.C. and Mullen & Associates, P.C. to cease representation, withdraw their appearance and do nothing further on the file in any pending claim or case, and if this situation should arise, we expressly consent to such withdrawal.

_Richard A. Hurst_ Client

_____ Client

Dated: _8-20-08_

Law Office of Michael L. Deppe, P.C.
Mullen & Associates, P.C.

**EXHIBIT**

### *Mullen & Associates, P.C.*
113 W. Joilet Street
Crown Point, IN 46307

Tax ID 42-1529983
Ph:219-661-1529                    Fax:219-661-1528

April 13, 2011

EMS

|                   |          |
|-------------------|----------|
| File #:           | 7-2383   |
| Inv #:            | 389      |

**Attention:**

**RE:**   Merrillville EMS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-11-08 | Initial Client Meetings | 2.70 | 675.00 | LPM |
| Jun-12-08 | Client meetings | 1.80 | 450.00 | LPM |
| Jun-17-08 | Review client records | 2.40 | 600.00 | LPM |
| Jun-27-08 | Research damages under Indiana Wages and Hours Statute vs. FLSA and issue of preemtion | 4.70 | 1,175.00 | LPM |
| Jun-28-08 | Research federal statutes for wage and hour law exemptions for EMT's and firefighter | 3.90 | 975.00 | LPM |
| Dec-01-08 | Preparation of demand letter to Ron Widing, Town Council President | 3.70 | 925.00 | LPM |
| Mar-02-09 | Legal Research for preparing wage and hour claim under both state and federal law | 4.20 | 1,050.00 | LPM |
| Mar-04-09 | Research sleep time exemptions and meal exemptions | 1.90 | 475.00 | LPM |
| Mar-05-09 | Research class action allegations and Notice Requirments | 2.40 | 600.00 | LPM |
| Mar-06-09 | Begin Drafting Complaint | 3.50 | 875.00 | LPM |
| Mar-07-09 | Drafting Complaint | 4.10 | 1,025.00 | LPM |



EXHIBIT

K

| | | | | |
|---|---|---|---|---|
| Mar-11-09 | Final editing of Complaint, Draft 10 Summons, Notice of Appearance, Civil Cover Sheet and File same | 3.50 | 875.00 | LPM |
| Mar-20-09 | Receipt and review of correspondence from Stephen Bower | 0.10 | 25.00 | LPM |
| Mar-30-09 | Receipt and review of Notice of Appearance by Stephen Bower | 0.10 | 25.00 | LPM |
| | Receipt and review of Motion to Dismiss filed by Stephen Bower | 0.10 | 25.00 | LPM |
| | Review and analyze  Defendants' Brief in Support of thier Motion to Dismiss | 0.70 | 175.00 | LPM |
| Mar-31-09 | Receipt and review of Magistrate Consent Forms | 0.10 | 25.00 | LPM |
| Apr-08-09 | Research re: motion to dismiss | 6.50 | 1,625.00 | LPM |
| Apr-09-09 | Drafting Consents | 0.60 | 150.00 | LPM |
| | Telephone calls to clients regarding need for Consents | 0.80 | 200.00 | LPM |
| | Receipt and review of email from the court re: Notice of Reassignment of Case to Magistrate Judge | 0.10 | 25.00 | LPM |
| Apr-10-09 | Meeting with client regarding Consent | 0.30 | 75.00 | LPM |
| Apr-13-09 | Meet with clients regarding Consents | 0.50 | 125.00 | LPM |
| Apr-14-09 | Telephone conference with Attorney Rappa | 0.30 | 75.00 | LPM |
| | Meet with clients regarding Consents | 0.50 | 125.00 | LPM |
| | Draft Responses to Motion to Dismiss | 3.20 | 800.00 | LPM |
| Apr-15-09 | Editing Response to Motion to Dismiss and File with Court | 0.70 | 175.00 | LPM |
| | Receipt and review of Notice of Appearance by Michael Rappa | 0.10 | 25.00 | LPM |
| | Receipt and review of email from court re: Response to Defendants Motion to Dismiss | 0.10 | 25.00 | LPM |

| | | | | |
|---|---|---|---|---|
| | Receipt and review of email from court re: Reply to Response to Motion to Defendants Motion to Dismiss | 0.10 | 25.00 | LPM |
| Apr-16-09 | Filing additional consents with Court | 0.30 | 75.00 | LPM |
| Jun-05-09 | Review and analize Order from the Court Granting in Part and Denying in Part Defendants' Motion to Dismiss | 0.50 | 125.00 | LPM |
| Jun-08-09 | Preparation and filing of Motion for Reconsideration Regarding Order on Motion to Dismiss | 1.50 | 375.00 | LPM |
| | Receipt and review of email from the court re: filing of Motion for Reconsideration Regarding Order on Motion to Dismiss | 0.10 | 25.00 | LPM |
| Jun-30-09 | Receipt and review of email from the court re: Opinion and Order denying Motion for Reconsideraiton. | 0.10 | 25.00 | LPM |
| Jul-17-09 | Preparation and filing of Motion for Leave to File Amended Complaint | 0.40 | 100.00 | LPM |
| | Receipt and review of email from the court re: filing of Motion for Leave to File Amended Complaint | 0.10 | 25.00 | LPM |
| Jul-24-09 | Preparation and filing of Motion for Leave to Amend/Correct Complaint with Consents | 0.60 | 150.00 | LPM |
| | Receipt and review of email from the court re: filing of Motion for Leave to Amend/Correct Complaint with Consents | 0.10 | 25.00 | LPM |
| Jul-27-09 | Receipt and review of Order Denying as Moot Motion for Leave to File and Granting Motion for Leave to File Amended Complaint. | 0.20 | 50.00 | LPM |
| Jul-30-09 | Preparation and filing of Amended Complaint | 3.50 | 875.00 | LPM |
| | Receipt and review of email from the court re: filing of Amended Complaint | 0.10 | 25.00 | LPM |
| Aug-11-09 | Receipt and review of Notice of Hearing | 0.10 | 25.00 | LPM |
| Aug-18-09 | Review and analyze Answer to Amended Complaint by Town of Merrillville | 0.60 | 150.00 | LPM |

| | | | | |
|---|---|---|---|---|
| Sep-23-09 | Receipt and review of email from Attorney Rappa.  Preparation for Case Management Conference | 1.20 | 300.00 | LPM |
| | Telephone conference with Michael Rappa re: discovery and case management | 0.40 | 100.00 | LPM |
| | Receipt and review of email from the court re: Report of Planning Meeting | 0.10 | 25.00 | LPM |
| Sep-24-09 | Attendance at Telephonc Pretrial Conference | 0.50 | 125.00 | LPM |
| | Receipt and review of email from the court re: Telephonic Rule 16 Preliminary Pretrial Conference, Diary and Calendar Same | 0.20 | 50.00 | LPM |
| Mar-04-10 | Preparation of discovery request to defendants | 4.40 | 1,100.00 | LPM |
| Mar-28-10 | Receipt and review of correspondence from Michael Rappa | 0.10 | 25.00 | LPM |
| Apr-05-10 | Receipt and review of written discovery from opposing counsel | 1.10 | 275.00 | LPM |
| Apr-08-10 | Preparation of correspondence to Michael Rappa re: discovery responses | 0.30 | 75.00 | LPM |
| Apr-13-10 | Preparation of correspondence to Richard Hurst | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to David Ferris | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Timothy Krucina | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Mark Reid | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Amy Early | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Rory Hill | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to James Holland | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Mary Littrel | 0.10 | 25.00 | LPM |
| | Preparation of correspondence to Tony Ruggles | 0.10 | 25.00 | LPM |

|            |                                                                                                          |      |          |     |
|------------|----------------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Preparation of correspondence to Jerry Sosbe                                                              | 0.10 | 25.00    | LPM |
| May-18-10  | Preparation for and attendence at meeting with Amy Early to review facts of case to respond to written  discovery. | 3.60 | 900.00   | LPM |
|            | Preparation for and attendence at meeting with Tim Krucina to review facts of case to respond to written discovery | 3.30 | 825.00   | LPM |
| May-20-10  | Preparation for and attendence at meeting with Ruggles to review facts of case to respond to written discovery. | 2.90 | 725.00   | LPM |
|            | Preparation for and attendence at meeting with Holland to review facts of case                           | 3.40 | 850.00   | LPM |
| May-21-10  | Drafting interrogatory responses for Early                                                                | 3.30 | 825.00   | LPM |
|            | Telephone conference with Attorney Michael Rappa re: overdue discovery responses                         | 0.20 | 50.00    | LPM |
| May-22-10  | Drafting interrogatory responses for Krucina                                                              | 3.70 | 925.00   | LPM |
| May-28-10  | Drafting interrogatory responses for Hurst. Create template for all EMS employee interrogatory answers.   | 6.90 | 1,725.00 | LPM |
| Jun-24-10  | Preparation of email to James Holland                                                                     | 0.10 | 5.50     | RS  |
| Jul-06-10  | Receipt and review of email from James Holland                                                           | 0.10 | 5.50     | RS  |
|            | Preparation of email to James Holland                                                                     | 0.10 | 5.50     | RS  |
|            | Preparation of interrogatory responses for Holland                                                       | 3.00 | 165.00   | RS  |
| Jul-07-10  | Preparation of interrogatory responses for Sosbe                                                          | 2.00 | 110.00   | RS  |
| Jul-08-10  | Preparation of interrogatory responses for Ferris                                                        | 3.00 | 165.00   | RS  |
| Jul-27-10  | Preparation of interrogatory responses for Hill                                                          | 5.00 | 275.00   | RS  |
| Jul-28-10  | Preparation of interrogatory responses for Hurst                                                         | 2.75 | 151.25   | RS  |

| Jul-29-10 | Preparation of interrogatory responses for Reid | 6.00 | 330.00 | RS |
| Aug-03-10 | Preparation of interrogatory responses for Sosbe | 3.50 | 192.50 | RS |
| Jan-07-11 | Preparation of Second Amended Complaint | 3.30 | 825.00 | LPM |
| | Receipt and review of email from the court re: Second Amended Complaint | 0.10 | 25.00 | LPM |
| Jan-17-11 | Draft  Witnesses, Contentions and Exhibits | 1.00 | 55.00 | RLS |
| Jan-31-11 | Editing and drafting Witnesses, Contentions and Exhibits list for Pre-Trial | 3.50 | 875.00 | LPM |
| | Preparation of final draft of Witnesses, Contentions and Exhibits. | 1.00 | 55.00 | RLS |
| Feb-04-11 | Review and Analyze Witnesses, Exhibits and Contentions from Opposing Counsel | 0.70 | 175.00 | LPM |
| | Receipt and review of correspondence from Michael Rappa re: WEC's | 0.10 | 25.00 | LPM |
| Feb-07-11 | Meeting with client Richard Hurst. Review discovery responses.  Develop Trial strategy. | 2.40 | 600.00 | LPM |
| | Review documents produced by Merrillville | 4.50 | 1,125.00 | LPM |
| | Preparation for and meeting with Amy Early and Rory Hill | 3.30 | 825.00 | LPM |
| Feb-08-11 | Preparation for and meet with Tony Ruggles and Mark Reid | 3.90 | 975.00 | LPM |
| | Preparation of PreTrial Order | 1.90 | 475.00 | LPM |
| | Preparation of email to Michael Rappa re: PreTrial Order | 0.10 | 5.50 | RLS |
| Feb-09-11 | Legal research for drafting Jury Instructions | 7.90 | 1,975.00 | LPM |
| Feb-10-11 | Preparation and filing of Proposed Voir Dire | 1.50 | 375.00 | LPM |
| | Receipt and review of email from the court re Proposed Voir Dire | 0.10 | 25.00 | LPM |

| | | | | |
|---|---|---|---|---|
| | Preparation and filing of Proposed Jury Instructions | 3.00 | 750.00 | LPM |
| | Receipt and review of email from the court re: Proposed Jury Instructions | 0.10 | 25.00 | LPM |
| | Receipt and review of email from the court re: Proposed PreTrial Order | 0.10 | 25.00 | LPM |
| | Receipt and review of Proposed PreTrial Order | 0.30 | 75.00 | LPM |
| | Receipt and review of email from the court re: Proposed Voir Dire by Merrillville | 0.10 | 25.00 | LPM |
| | Review and analyze Proposed Voir Dire by Merrillville | 0.30 | 75.00 | LPM |
| | Receipt and review of email from the court re: Motion in Limine by Merrillville | 0.10 | 25.00 | LPM |
| | Receipt and review of Motion in Limine by Merrillville | 0.30 | 75.00 | LPM |
| | Receipt and review of email from the court re: Memorandum in Support of Motion in Limine by Merrillville | 0.10 | 25.00 | LPM |
| | Review and analyze Memorandum in Support of Motion in Limine by Merrillville | 1.00 | 250.00 | LPM |
| | Receipt and review of PTO from Michael Rappa | 0.70 | 175.00 | LPM |
| | Receipt and review of email from Michael Rappa and Preparation of email to Michel Rappa re: PTO | 0.20 | 11.00 | RLS |
| Feb-11-11 | Preparation for, travel to and attendence at final pre-trial conference | 3.30 | 825.00 | LPM |
| | Telephone conference with Amy Early regarding final pre-trial confernce | 0.30 | 75.00 | LPM |
| | Telephone conference with Rory Hill regarding final pre-trial confernce | 0.30 | 75.00 | LPM |
| | Receipt and review of email from the court re: Proposed Jury Insructions by Merrillville | 0.10 | 25.00 | LPM |
| | Review and analyze Proposed Jury Instructions by Merrillville | 1.20 | 300.00 | LPM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Receipt and review of email from the court re: Final Pretrial Conference | 0.20 | 50.00 | LPM |
|  | Research law regarding continued employment as a basis for implying a contract | 3.10 | 775.00 | LPM |
| Feb-15-11 | Preparation for and meeting with Mary Littrell | 3.10 | 775.00 | LPM |
|  | Preparatation of response to discovery | 4.00 | 220.00 | JW |
| Feb-17-11 | Preparation of response to discovery | 8.00 | 440.00 | JW |
| Feb-18-11 | Prepartation of response to discovery | 3.00 | 165.00 | JW |
| Feb-22-11 | Preparation and filing of Third Amended Complaint | 3.50 | 875.00 | LPM |
|  | Receipt and review of email from the court re: Third Amended Complaint | 0.10 | 25.00 | LPM |
|  | Receipt and review of email from the court re: Notice of Hearing: Settlement Conference | 0.10 | 25.00 | LPM |
|  | Electronically file the response to request for production from Merrillville | 1.50 | 82.50 | JW |
|  | Preparation of response to discovery | 6.50 | 357.50 | JW |
| Feb-24-11 | Drafting of letters to all EMS workers regarding settlement conference. | 1.10 | 275.00 | LPM |
|  | Drafting releases. | 0.60 | 150.00 | LPM |
|  | Work on damage exhibits. | 3.60 | 900.00 | LPM |
|  | Telephone conference with clients to arrange meetings re: Settlement Conference | 1.00 | 55.00 | JW |
|  | Preparation of documents for Settlement Conference | 7.00 | 385.00 | JW |
| Feb-25-11 | Preparation and filing of Response to Motion in Limine | 1.50 | 375.00 | LPM |
|  | Receipt and review of email from the court re: Response to Motion in Limine | 0.10 | 25.00 | LPM |

| | | | | |
|---|---|---|---|---|
| | Preparatin for and Meeting with Tony Ruggles | 1.20 | 300.00 | LPM |
| | Preparation of documents for Settlement Conference | 4.00 | 220.00 | JW |
| Feb-26-11 | Final Preparation of Answers to (10) Responses to Request for Production of Documents and documents | 12.00 | 3,000.00 | LPM |
| Feb-28-11 | Preparation of response to discovery | 4.50 | 247.50 | JW |
| Mar-01-11 | Preparation of documents for settlement conference | 7.00 | 385.00 | JW |
| Mar-02-11 | Telephone conferences with clients re: settlement conference | 1.00 | 250.00 | LPM |
| | Preparation for Settlement Conference | 1.40 | 350.00 | LPM |
| | Preparation of documents for settlement conference | 2.00 | 110.00 | JW |
| Mar-03-11 | Travel to and attendance at Settlement Conference. Discussion of options with clients afterward. | 5.50 | 1,375.00 | LPM |
| Mar-04-11 | Correspondence to Rory Hill | 0.10 | 25.00 | LPM |
| | Meeting with client Richard Hurst | 0.50 | 125.00 | LPM |
| | Review and Analyze Answer to Third Amended Complaint | 0.50 | 125.00 | LPM |
| Mar-05-11 | Review of Merrillville personnel policies for preparation of trial. Examination of witnesses. | 1.20 | 300.00 | LPM |
| Mar-06-11 | Review of EMS policies in preparation for trial | 1.30 | 325.00 | LPM |
| Mar-07-11 | Telephone call to Opposing Counsel, left message. | 0.10 | 25.00 | LPM |
| | Telephone conference with attorney Rappa regarding Trial Stipulations. Prepare propsed Stipulations. | 1.50 | 375.00 | LPM |
| | Preparation for deposition of Rory Hill | 3.20 | 800.00 | LPM |
| | Review of Mary Littrell's personnel file | 0.70 | 175.00 | LPM |

case 2:09-cv-00060-PRC document 61-1 filed 04/13/11 page 22 of 25

|          |                                                                              |      |          |     |
|----------|------------------------------------------------------------------------------|------|----------|-----|
|          | Preparation of examination Mark Reed                                         | 2.20 | 550.00   | LPM |
|          | Review of internet research re: witness Tim A. Brown                         | 1.00 | 250.00   | LPM |
| Mar-08-11 | Receipt and review of email from court regarding Order on Motion in Limine   | 0.10 | 25.00    | LPM |
|          | Prepare list of witnesses, dates and times for Subpoenas                     | 1.00 | 250.00   | LPM |
|          | Preparation of direct examination of David Ferris                            | 3.60 | 900.00   | LPM |
|          | Preparation of direct examination of James Holland                           | 3.80 | 950.00   | LPM |
|          | Receipt and review of email from Tony Ruggles changes to damage Exhibit      | 0.30 | 75.00    | LPM |
|          | Preparation of Notice of Deposition, call court reporter and fax to attorney Rappa | 0.50 | 27.50    | RLS |
| Mar-09-11 | Attendence at deposition of Rory Hill                                        | 3.00 | 750.00   | LPM |
|          | Drafting Subpoena Duces Tecum                                                | 0.60 | 150.00   | LPM |
|          | Conference with Amy Early regarding trial                                    | 0.50 | 125.00   | LPM |
|          | Preparing Rory Hill for deposition                                           | 0.50 | 125.00   | LPM |
|          | Telephone conversation with Michael Rappa                                    | 0.30 | 75.00    | LPM |
|          | Review of dispatch documents                                                 | 4.20 | 1,050.00 | LPM |
|          | Preparation of Subpoenas                                                     | 3.00 | 165.00   | RLS |
| Mar-10-11 | Revise Pre Trial Order                                                       | 1.20 | 300.00   | LPM |
|          | Review of David Ferris's personnel file                                      | 0.70 | 175.00   | LPM |
|          | Review of Amy Early's personnel file                                         | 0.50 | 125.00   | LPM |
|          | Review of Jerry Sosbe's personnel file                                       | 0.80 | 200.00   | LPM |

| | | | | |
|---|---|---|---|---|
| | Preparation of dispatch records for use in cross examination | 4.90 | 1,225.00 | LPM |
| | Preparation of examination Mary Littrell | 2.40 | 600.00 | LPM |
| | Preparation of examination Tony Ruggles | 3.10 | 775.00 | LPM |
| Mar-11-11 | Preparation for and attendance at telephonic pre-trial conference | 0.50 | 125.00 | LPM |
| | Receipt and review of Court's Order | 0.10 | 25.00 | LPM |
| | Telephone call with Attorney Rappa | 0.40 | 100.00 | LPM |
| | Receipt and review of email from Case Management Clerk | 0.10 | 25.00 | LPM |
| | Telephone call with Case Management Clerk | 0.10 | 25.00 | LPM |
| | Review of juror questionnaires | 2.20 | 550.00 | LPM |
| | Review of Richard Hurst's personnel file | 0.60 | 150.00 | LPM |
| | Review of Tony Ruggle's personnel file | 0.70 | 175.00 | LPM |
| | Review of Mark Reed's personnel file | 0.40 | 100.00 | LPM |
| | Review of Timothy Krucina's personnel file | 0.30 | 75.00 | LPM |
| | Review of James P. Holland's personnel file | 0.60 | 150.00 | LPM |
| | Review of Rory Hill's personnel file | 0.70 | 175.00 | LPM |
| | Preparation of Exhibits for trial | 8.00 | 440.00 | RLS |
| Mar-12-11 | Legal Research issue of whether laches, estoppel and waiver are vaild defenses to FLSA claim | 3.60 | 900.00 | LPM |
| Mar-13-11 | Telephone call with Attorney Bouwer | 0.20 | 50.00 | LPM |
| | Telephone call with Attorney Rappa | 0.20 | 50.00 | LPM |
| | Preparation of Tim Krucina's examination | 1.80 | 450.00 | LPM |

|          |                                                                                                                                                                            |        |            |     |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|------------|-----|
|          | Preparation of Jerry Sosbe's examination                                                                                                                                    | 2.10   | 525.00     | LPM |
|          | Preparation of Amy Early's examination                                                                                                                                      | 2.90   | 725.00     | LPM |
|          | Preparation of Richard Hurst's examination                                                                                                                                  | 2.70   | 675.00     | LPM |
|          | Preparation of opening statement                                                                                                                                            | 3.20   | 800.00     | LPM |
| Mar-14-11 | Travel to and attendance at trial; preparation for next days evidence                                                                                                      | 11.20  | 2,800.00   | LPM |
|          | Assistance at trial                                                                                                                                                         | 10.00  | 550.00     | JW  |
| Mar-15-11 | Travel to and attendance at trial; preparation for next days evidence                                                                                                      | 12.10  | 3,025.00   | LPM |
|          | Assistance at trial                                                                                                                                                         | 4.50   | 247.50     | JW  |
| Mar-16-11 | Travel to and attendance at trial; preparation for next days evidence                                                                                                      | 12.70  | 3,175.00   | LPM |
|          | Assistance at trial                                                                                                                                                         | 4.00   | 220.00     | JW  |
| Mar-17-11 | Travel to and attendance at trial.  Preparation of closing.                                                                                                                | 13.50  | 3,375.00   | LPM |
|          | Assistance at trial                                                                                                                                                         | 8.00   | 440.00     | JW  |
| Mar-18-11 | Travel to and attendance at trial.  Closing arguments await verdict.  Discussion of verdict with clients and further proceedings.                                          | 8.30   | 2,075.00   | LPM |
| Apr-08-11 | Draft Post-Verdict Motion for Attorney's Fees and Costs                                                                                                                     | 1.90   | 475.00     | LPM |
|          | Draft bill of costs                                                                                                                                                         | 0.50   | 125.00     | LPM |
|          | Draft Affidavits of Paul B. Poracky, Anna M. Hearn, and James E. Daugherty.  Contact Paul B. Poracky, Anna M. Hearn and James E. Daugherty to obtain background information to prepare Affidavits | 1.50   | 375.00     | LPM |
| Apr-13-11 | Review Affidavits of Paul B. Poracky, Anna M. Hearn and James E. Daugherty.                                                                                                | 0.50   | 125.00     | LPM |
|          | Totals                                                                                                                                                                      | 424.85 | $83,914.25 |     |

case 2:09-cv-00060-PRC  document 61-1   filed 04/13/11   page 25 of 25

## DISBURSEMENTS

| | | |
|---|---|---:|
| Mar-11-09 | Filing Fee - Merrillville EMS | 350.00 |
| Mar-17-09 | Postage - Serving Complaint and Summons | 44.96 |
| Apr-19-10 | Postage Expense | 31.64 |
| Jan-31-11 | Postage Expense | 2.44 |
| Mar-01-11 | Binders | 10.99 |
| | Binding covers | 44.99 |
| | Binding covers | 16.99 |
| | Photocopy/Paper Cost | 251.85 |
| Mar-09-11 | void | 0.00 |
| | void | 0.00 |
| | void | 0.00 |
| | Void | 0.00 |
| | Witness Fee | 51.12 |
| | void | 0.00 |
| | Witness Fee | 51.12 |
| | Witness Fee | 51.83 |
| Mar-10-11 | Stationery/Supplies | 18.18 |
| Mar-11-11 | Office Expense | 11.77 |
| Mar-14-11 | Witness Fee | 50.86 |
| Mar-16-11 | Witness Fee | 56.83 |
| Apr-13-11 | Court Reporter Expenses-Deposition of Rory Hill | 342.00 |

| | | |
|---|---|---:|
| | Totals | $1,387.57 |

**Total Fee & Disbursements**                                   **$85,301.82**

**Balance Now Due**                                             **$85,301.82**

TAX ID Number      42-1529983